# FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0094

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

**AARON JOEL OLIPHANT ,**
**Petitioner/Appellant,**


**-v-**
**STATE OF MONTANA**
           **Respondent/Appellee.**

Supreme Court No. DA-22-094

## ORDER GRANTING EXTENSION TO SUBMIT APPELLANT BRIEF


GOOD CAUSE APPEARING, Appellant's Motion for Extension to file

Appellant Brief is GRANTED. Appellant will submit his brief by May 30, 2022.


_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 4 2022